**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 09-04021MP-001-PCT-MEA |
| vs. | ) | **ORDER** |
| Scott E. Keil, | ) | |
| Defendant. | ) | |

The defendant appeared in court and admitted to violating the conditions of his probation as alleged in paragraph D of the Petition to Revoke Probation. Based upon that admission, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions and special conditions. In addition, the following condition is imposed:

1. You shall successfully complete the Maricopa County Diversion program in Maricopa County case number CR09-155667-001.

IT IS FURTHER ORDERED that the defendant's supervised probation is extended for two (2) years to terminate on October 1, 2011 on both remaining underlying counts, the terms to run concurrently with each other.

IT IS FURTHER ORDERED that paragraphs A, B and C of the Petition are DISMISSED upon oral motion of the United States.

DATED this 1st day of October, 2009.

_____
Mark E. Aspey
United States Magistrate Judge